IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**GRAND VALLEY LAKES PROPERTY
OWNERS ASSOCIATION, INC.,**

    **Plaintiff,**

**v.**                                          **No. 1:16-cv-01322-JDB-egb**
                                                 **JURY DEMANDED**

**OWNERS INSURANCE COMPANY,**

    **Defendant.**

---

## NOTICE OF SETTLEMENT

---

The Parties, Plaintiff, Grand Valley Lakes Property Owners Association, Inc. and the Defendant, Owners Insurance Company have reached a settlement of all issues and claims between them concerning this action. The Parties are in the process of executing a formal settlement agreement and once completed and within thirty (30) days of entry of this Notice of Settlement, a Stipulation of Dismissal will be filed.

                                                        Respectfully submitted,

                                                        **GILBERT McWHERTER
                                                        SCOTT BOBBITT PLC**

                                                        s/Clinton H. Scott
                                                        CLINTON H. SCOTT #23008
                                                        cscott@gilbertfirm.com
                                                        101 North Highland Avenue
                                                        Jackson, Tennessee 38301
                                                        Telephone: (731) 664-1340

J. BRANDON McWHERTER #21600
341 Cool Springs Blvd., Suite 230
Franklin, Tennessee 37067
(615) 354-1144
bmcwherter@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF*

**RAINEY, KIZER, REVIERE
& BELL, P.L.C.**


s/Bradford D. Box w/permission
by Clinton H. Scott
BRADFORD D. BOX #16596
MICHAEL L. MANSFIELD #18781
209 East Main Street
P.O. Box 1147
Jackson, Tennessee 38302-1147
 (731) 423-2414
bbox@raineykizer.com
mmansfield@raineykizer.com

*ATTORNEYS FOR DEFENDANT*


## CERTIFICATE OF SERVICE

    I hereby certify that on the 20th day of November, 2017, a true and correct copy of the foregoing Notice of Settlement was filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.


s/Clinton H. Scott